UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X
                                                        :
COSMETICS LIMITED,                                      :
                                                        :
                              Plaintiff,                :
                                                        :
              -against-                                 :
                                                        :
ELEMIS CORP., JONATHAN                                  :
BERGSTROM, NICOLE BERGSTOM,                             :
                                                        :
                              Defendants.    :
                                                        :
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___12/17/2019___

19-cv-7121 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that this case has been settled.  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.

SO ORDERED.

Dated:  December 17, 2019
        New York, New York

Vernon S. Broderick
United States District Judge